IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Angel Salazar,<br><br>　　　　　Defendant. | No. CR-16-01511-001-TUC-CKJ (BGM)<br><br>**ORDER** |

On October 15, 2021, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended the supervised release of Defendant Michael Angel Salazar be revoked.  (Doc. 96)  On October 25, 2021, Defendant filed a Notice to the Court Re: No Objection to Report and Recommendation indicating that he would not be filing an objection to the R&R.  (Doc. 97)

The standard of review applied to a Magistrate Judge's R&R is dependent upon whether a party files objections – the Court need not review portions of the R&R to which a party fails to object.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  "[W]hile the statute does not require the [court] to review an issue de novo if no objections are filed, it does not preclude further review by the [court], sua sponte or at the request of a party, under a de novo or any other standard."  *Id*. at 154.  The Court reviews for clear error portions of the R&R to which there is no objection.  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739

(7th Cir. 1999); *see also Campbell v. United States Dist. Ct.*, 501 F.2d 196, 206 (9th Cir. 1974).

The Court has reviewed and considered the Magistrate Judge's R&R and related documents and finds no error.

**IT IS ORDERED:**

1. The Report and Recommendation (Doc. 96) is ADOPTED.

2. The Court finds that the Government has established by a preponderance of the evidence that Defendant violated the following conditions of his supervised release: Standard Condition No. 9 and Special Conditions Nos. 1, 2, 4.

3. Defendant's supervised release is REVOKED.

4. This matter is set for Final Disposition Hearing on December 6, 2021, at 9:15 A.M.

Dated this 2nd day of November, 2021.

Honorable Cindy K. Jorgenson
United States District Judge